### 30182. HALL v. THE STATE.

BROYLES, C. J. The defendant was convicted of the offense of trespass. The evidence amply authorized the verdict; and no ground of the motion for a new trial shows cause for reversal of the judgment.

*Judgment affirmed. MacIntyre and Gardner, JJ., concur.*

DECIDED SEPTEMBER 29, 1943. REHEARING DENIED OCTOBER 19, 1943.

*W. B. Kent, M. H. Blackshear,* for plaintiff in error.
*Lester F. Watson, solicitor, R. I. Stephens,* contra.